**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 16 2021
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

CASE NO. 3:21-cv-00239-DPM-ERE

Jury Trial: ☒ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Jonathan alan Ball
ADC # N/A

Address: 1510 pace rd. Pocahontas, AR 72455

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

This case assigned to District Judge Marshall
and to Magistrate Judge Ervin

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Darrell Elkins   doctors name
Position: a Medical Position
Place of employment: Randolph County Detention Center   medical company
Address: 1510 Pace Rd Pocahontas AR 72455

Name of defendant: Mellissa Sisco
Position: a Randolph County Jail Administrator

-4-

Place of employment: Randolph County Detention Center

Address: 1510 Pace Rd Pocahontas AR 72455

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

    ☐ official capacity only
    ☐ personal capacity only
    ☒ both official and personal capacity

III. Previous lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

    Yes ___   No ☒

  B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    ☐ Parties to the previous lawsuit:

    Plaintiffs: _____

    _____

    Defendants: _____

    _____

   ☐ Court (if federal court, name the district; if state court, name the county): _____

   ☐ Docket Number: _____

   ☐ Name of judge to whom case was assigned: _____

   ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   ☐ Approximate date of filing lawsuit: _____

   ☐ Approximate date of disposition: _____

IV. Place of present confinement: _Randolph County Detention center_

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

  **X** in jail and still awaiting trial on pending criminal charges

  ____ serving a sentence as a result of a judgment of conviction

  ____ in jail for other reasons (e.g., alleged probation violation, etc.)
    explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

  A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

    Yes **X** No ____

  B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ___   No ✗

If not, why? Because The Jailers are answering my greivances/appeals and they are not qualified this is A major problem at this Detention center.

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

on 8-16-21 I notified the doctor about my back problems and surgeries and to get my records from C.R. doctor and richards orthopedics in paragould so He would have my records and get me to the doctor to have my shots in my back and was ignored and never heard anything back. Then on 10-29-2021 I filed a greivance about needing to see the doctor about needing shots in my back. due to having 2 back operations around 5 years ago. The doctor (doctors name →) X (Darrell Elkins) refuses to schedule me for my nerve deadening shots and to take care of my physical pain. He then proceeded to lower my dosage of trazadone without evaluating my mental and physical state. I am suppose to be taking Simbaton, Trazadone, Flexril, Zoloft, hydrocodone, Clonipin, and Atinol. I have been in physical pain since 03/10/2021 when I was rebooked in the Jail. There are days where the pain is unbareable and the physical pain causes me mental anxiety due to being in this Jail and not being able to protect myself due to being in so much physical pain.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$10,000,000 for pain and suffering and failure to meet my medical needs which is physical & mental.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 7th or 8th day of NOV., 20 21.

Jonathan Bell

Signature(s) of plaintiff(s)

Grievance's Filed This Place Holding Hard Copies Refusing To Give Them This Place Been ~~[scratched]~~ Messing With Legal AND Fedral Mail For Long Time Now.

On 6-2-2021   7:42:06 time
Need to See Dr. About My Pills My Folks Brought In Need them Refilled And take them So I Can Sleep And Not Be Depressed
Still Denided Me My Med's

On 6-23-2021 time 9:07:23
My Meds I Need Simbastaton, trazadone, Flexirill, Zoloft, Hydrocodone, Clonipins + Atinol For My Blood Pressure. (Still Not Getting Zoloft Which Is Not A Narcotic Not Getting Hydrocodons or clonipins Or Shot's Every 2 Weeks In My Back Or Nerve Deadning Opperacion Every Few Months To Help With Pain.)

On 8-16-2021 time 16:14:54 ~~Need~~ Griev. Filled
Sorry ~~Need To See Dr. About My Pills My Folks~~
Wrong ~~Brought In Need to Refill And Take them~~
1 NEED To See Doc Please Have Him To Pull ALL My Medical Records From Cr. Doc And From Dr Richardson Orthapedics Both In Paragould So He Will have All My Meds + Know My Medical Problems Get Meds From Both Places →

At That Time Was Still Not Giving Me My Med's Other Than Seraquill that Gave Me Seziars And Was Refusing them Because Of That

On 10-29-2021 time 9:53 Am Grievance About 2 months Ago Maybe 3 I Put A Medical Request to See The Doctor About Having Back OPERationg And Was Supposed to Be Getting Shots In Back Every 2 Weeks And A Nerve Deading Shot In My Back Every Few Months They Have Not ~~Take~~ Taken Me to The Doctor to Have That Done Or Let Me See The Doctor Over All The Back Pains That I've Been Having The Doctor Had Also Cut The Milligram Of My Trazadone Down Without Seeing Me At All. (Still To This Day Nothing Done About Back Problems)

On 10-29-2021 time 10:41:05 Request About Filing 1983 Lawsuit And Into On the Medical Comp And the Doctors Into (Still Not Compliying to This Day)

Jonathan Alan Ball
Randolph county Detention center
1510 pace rd.
Pocahontas, AR
    72455



united states District court
   clerks office
Richard sheppard Arnold united states courthouse
600 W. capitol ave.
   Suite A-149
  Little Rock, AR
      72201