IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JONATHAN ALAN BALL                                            PLAINTIFF

V.                       NO. 3:21-cv-239-DPM-ERE

DARRELL ELKINS and
MELLISSA SISCO                                                DEFENDANTS

## ORDER

Plaintiff Jonathan Alan Ball, an inmate at the Randolph County Jail (County Jail), filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2.* In his complaint, Mr. Ball alleges that, since he has been incarcerated at the County Jail, Defendants Darrell Elkins and Mellissa Sisco have been deliberately indifferent to his need for medical treatment. As a result, he contends that he has suffered significant back pain.

For screening purposes, Mr. Ball has stated deliberate-indifferent claims against Defendants Elkins and Sisco. Accordingly, service of these claims is now proper.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk of Court is directed to prepare summonses for Defendants Darrell Elkins and Melllissa Sisco.

2.      The United States Marshal is directed to serve these Defendants with a summons and a copy of the complaint (*Doc. 2*), without requiring prepayment of

fees and costs or security. Service for these Defendants should be attempted through the Randolph County Jail, 1510 Pace Road, Pocahontas, Arkansas 72455.

DATED this 17th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE