IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JONATHAN ALAN BALL**                                  **PLAINTIFF**

v.                  No. 3:21-cv-239-DPM

**DARRELL ELKIN, Doctor,
Medical Position, Randolph
County Detention Center and
MELISSA SISCO, Administrator,
Randolph County Detention Center**             **DEFENDANTS**

### ORDER

Unopposed recommendation, *Doc. 22*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 18*, granted. Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 October 2022