**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JONATHAN ALAN BALL**                                                    **PLAINTIFF**

**v.**                                       **No. 3:21-cv-239-DPM**

**DARRELL ELKIN, Doctor,
Medical Position, Randolph
County Detention Center and
MELISSA SISCO, Administrator,
Randolph County Detention Center**                          **DEFENDANTS**

**JUDGMENT**

Ball's complaint is dismissed with prejudice.

_DPMarshall Jr._
_____
D.P. Marshall Jr.
United States District Judge

11 October 2022